**Order filed January 3, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00872-CV
_____

### KAMAL S. KADI, Appellant

### V.

### NEW TECH ENGINEERING, LP, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1000742**

## O R D E R

Appellant's brief was due December 17, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 4, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM